| | LAW OFFICES OF JOHN J. MARTIN | Stroudsburg Office: |
|---|---|---|
| John J. Martin, Esquire* | 1022 Court Street | 530 Main St. |
| Kimberly D. Martin, Esquire | Honesdale, PA 18431 | Stroudsburg, PA 18360 |
| | (570) 253-6899 | (570) 426-1426 |
| * Also Member MD Bar | Fax No. (570) 253-6988 | |
| | email address: jmartin@martin-law.net | |

October 1, 2013

U.S. Bankruptcy Court
Middle District of Pennsylvania
197 South Main Street
Wilkes-Barre, PA 18701

RE: **Gladys I. Fox**
**Ch 7 Bankruptcy Case No. 5-07-50126-RNO**

Dear sir/madam:

Enclosed please find check #10107 drawn in the amount of $3,433.50 which represents the unclaimed funds for the Debtor to Surplus Claim in regard to the above referenced case. The Debtor to Surplus check was issued on May 20, 2013 to the Decedent Debtor for the purpose of the Decedent's estate distribution to the beneficiaries. On June 24th, 2013 I received a call from the beneficiary of the decedent's estate and she indicated that she did not want the funds and would not cash the check.

It was agreed that we would wait the 90 day period and then place a stop payment on the check if it had not been cashed prior to that deadline. That time has now elapsed and the check remained outstanding. A stop payment was issued this morning and the enclosed check was re-issued as unclaimed funds. Should you have any questions, please do not hesitate to contact me,

Sincerely,

Brandy R. Freiermuth
Legal Asst. To
John J. Martin, CH 7 Trustee

Enc.